**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

v.

DAVID TERRELL JOHNSON,
*Defendant-Appellant.*

No. 01-4787

Appeal from the United States District Court
for the Eastern District of Virginia, at Newport News.
Jerome B. Friedman, District Judge.
(CR-01-50)

Submitted: March 14, 2002

Decided: March 26, 2002

Before NIEMEYER and KING, Circuit Judges, and
HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

**COUNSEL**

Stephen A. Hudgins, Newport News, for Appellant. Paul J. McNulty, United States Attorney, Toby M. Jesson, Special Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**OPINION**

PER CURIAM:

David Terrell Johnson pled guilty to assault resulting in serious bodily injury, in violation of 18 U.S.C. § 113(a)(6) (1994), and was sentenced to a term of forty-six months imprisonment. He seeks to appeal, alleging that his sentence was disproportionately harsh. We find that Johnson waived his appeal rights and, therefore, dismiss the appeal.

In his plea agreement, Johnson waived the right to appeal a sentence within the statutory maximum. This provision of the agreement was brought to his attention by the district court during the plea colloquy, and Johnson stated that he understood the waiver and affirmed his intention to waive his appeal rights. A defendant may waive the right to appeal if the waiver is knowing and intelligent. *United States v. Broughton-Jones*, 71 F.3d 1143, 1146 (4th Cir. 1995). We find that Johnson's waiver was knowing and voluntary and effectively bars review of his challenge to the district court's imposition of sentence.

Accordingly, we dismiss the appeal. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*